

RECEIVED
2011 JAN 18 P 12: 10
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

January 14, 2011

**VIA CERTIFIED MAIL**

Office of the Clerk
United States District Court
 for the Middle District of Alabama
One Church Street
Montgomery, AL 36104

Re:   **2007 Cadillac Escalade**
      **Civil Action No.:  2:10CV979-WKW**

## NOTICE OF FILING OF CLAIM

Dear Clerk:

I received notice that a 2007 Cadillac Escalade VIN: 1GYEC63897R323285 was seized from Clarence D. Hicks.

This letter is to inform you that Clarence D. Hicks has an account with TitleMax and we are the primary lien holder on the vehicle mentioned above. TitleMax is exercising the right to claim the vehicle in question.

TitleMax accepts correspondence at:

TitleMax
Attn:  Gwen M. Bulington, Corporate Paralegal
15 Bull Street, Suite 200
Savannah, GA 31401

According to Alabama Code 20-2-93, TitleMax is not subject to forfeiture because:

(A)   TitleMax is not legally accountable for the conduct giving rise to its forfeiture, did not consent to it, and did not know and could not reasonably have known of the conduct or that it was likely to occur;

(B)   TitleMax had not acquired and did not stand to acquire substantial proceeds from the conduct giving rise to its forfeiture other than as an interest holder in an arm's length commercial transaction;

• 15 Bull Street, Suite 200 • Savannah, GA 31401 •
(912) 525-2675 • Fax (912) 525-2679



(C)  With respect to conveyances for transportation only, TitleMax did not hold the property jointly, in common, or in community with a person whose conduct gave rise to its forfeiture; and

(D)  TitleMax does not hold the property for the benefit of or as nominee for any person whose conduct gave rise to its forfeiture, and, if the owner or interest holder acquired the interest through any such person, the owner or interest holder acquired it as a bona fide purchaser for value without knowingly taking part in an illegal transaction.

Enclosed you will find a copy of the Written Disclosure Ticket dated June 10, 2010, executed by Clarence D. Hicks and a copy of the Certificate of Title showing TitleMax as the lien holder.

The relief sought is the return of the vehicle so that it may be disposed of in a commercially reasonable manner.

I swear, under oath, that the foregoing information is true and correct to the best of my knowledge, under penalty of perjury.

Thank you,

Eugene M. Thomas IV
Corporate Counsel

Enclosures

cc:     Tommie Brown Hardwick (w/encs.)
        Assistant United States Attorney

• 15 Bull Street, Suite 200 • Savannah, GA 31401 •

(912) 525-2675 • Fax (912) 525-2679